

Catherine Jobe &lt;cjobe@phr3.org&gt;

# SUNSHINE Request #1
1 message

**Michele Koch** &lt;kochmichele@live.com&gt;     Fri, Apr 7, 2023 at 2:50 PM
To: "cjobe@phr3.org" &lt;Cjobe@phr3.org&gt;, "smeyers@pleasanthillschools.com" &lt;smeyers@pleasanthillschools.com&gt;, Suzanne Brennaman &lt;sbrennaman@pleasanthillschools.com&gt;, "wburke@pleasanthillschools.com" &lt;wburke@pleasanthillschools.com&gt;

This is a request for records under the Missouri Sunshine Law, Chapter 610, Revised Statutes of Missouri.

I request that you make available to me the following records:

All invoices from Guin Mundorf LLC covering all services related to the creation of an education record for my child, Reece Koch, titled "Summary of Reece's medical/educational history for 2020-2021."

This education record was created for use during a Section 504 meeting held at the Elementary School on April 19, 2021. The "Summary" was most likely created between the dates of March 22, 2021 and April 19, 2021, and is attached for your reference.

I request that the records responsive to my request be copied and sent to me at the following address: 704 Old Stage Rd, Pleasant Hill, MO 64080.

I request that all fees for locating and copying the records be waived. The information I obtain through this request will be used to stop the school district and board of education from misusing public-school funds for the purpose of obtaining unlawful counsel. It is a matter of public interest that tax-dollars are not used by the district and BOE to conspire with their attorneys for the purpose of interfering with student and parent Federal rights; for example, fabricating education records like the attached "Summary."

Thank you for your prompt attention to my Request,

Michele Koch
704 Old Stage Rd
Pleasant Hill, MO 64080



# GUIN MUNDORF
### Attorneys at Law

4520 Main Street
Suite 520
Kansas City, Missouri 64111
816/333-1700

C001956

**PERSONAL & CONFIDENTIAL**
Pleasant Hill R-III School District
Dr. Steve Meyers
318 Cedar Street
Pleasant Hill, MO  64080-1227

Statement Date: April 30, 2021
Statement No.: 483626
Account No.: 104.00
Page: 1

RE  General

## Fees

| Date | Description | Hours | Amount |
|---|---|---|---|
| 04/05/2021 | Multiple correspondence regarding ongoing 504 matter. | 0.20 | 47.00 |
| 04/06/2021 | Telephone conference with architect regarding final version of contract document. Review multiple correspondence regarding ongoing 504 matter; telephone conference with Ms. Kayla Taylor regarding same; draft lengthy response for Ms. Taylor; correspondence with Dr. Becky Gallagher regarding video coverage; telephone conferences with Ms. Taylor regarding response to parent; review video coverage pertaining to 504 matter; review records and emails to create lengthy timeline of events needed for Office for Civil Rights complaint; review additional correspondence from parent; correspondence with Ms. Taylor, Dr. Goddard and Dr. Gallagher regarding same. | 0.20 / 4.70 | 45.00 / 1,104.50 |
| 04/07/2021 | Correspondence with Dr. Becky Gallagher regarding 504 matter; telephone conference with Dr. Gallagher regarding 504 matter; telephone conference with Ms. Kayla Taylor regarding same; ongoing communications with Dr. Gallagher; review numerous correspondence between parent and school regarding 504 matter; review correspondence from Dr. Lauren Goddard regarding same. | 2.10 | 493.50 |
| 04/08/2021 | Correspondence with Ms. Kayla Taylor and others regarding 504 matter; telephone conferences with Dr. Lauren Goddard regarding same; draft correspondence to parent for Ms. Taylor; telephone conference with Dr. Gallagher and others regarding 504 matter; review 504 manual; revise correspondence to parents; correspondence with Ms. Taylor regarding same; telephone conference with Ms. Taylor; review correspondence from parent. | 1.70 | 399.50 |

Legal Services

10-0311-6317-0000-1-00000

Pleasant Hill R-III School Distr
Re: General

Statement Date: April 30, 2021
Statement No. 485626
Account No. 104.00
Page: 2

| Date | Description | Hours | Amount |
|---|---|---|---|
| 04/09/2021 | Review correspondence from parent regarding 504 matter; telephone conferences with Dr. Lauren Goddard regarding 504 matter; review records and pertinent regulations to develop response; draft lengthy response to parent for Ms. Kayla Taylor; correspondence with Dr. Becky Gallagher, Dr. Goddard, and Ms. Taylor regarding same; review additional correspondence from parent; telephone conference with Dr. Goddard regarding IEP referral; communication with Office for Civil Rights regarding potential complaint; correspondence with district regarding additional information; review audio recording from Children's Mercy Hospital; correspondence with district regarding information from Office for Civil Rights; multiple correspondence and telephone conference with Dr. Goddard regarding IEP referral and response; telephone conference with Ms. Taylor; revise response to parent; review multiple additional correspondence between district and parents; correspondence with Ms. Taylor, Dr. Goddard, and Dr. Gallagher regarding same. | 4.80 | 1,128.00 |
| | Review correspondence from district parent regarding student medical issues; telephone conference with district parent regarding same and Section 504 meeting. | 1.40 | 315.00 |
| 04/10/2021 | Conference regarding lengthy conversation with parent; strategize regarding next steps. | 0.70 | 164.50 |
| 04/12/2021 | Telephone conference with Dr. Lauren Goddard regarding 504 matter; review additional records from Ms. Kayla Taylor regarding 504 matter; telephone conference with Ms. Taylor regarding same; review correspondence with parent; draft proposed response for Ms. Taylor; correspondence with Ms. Taylor and others regarding same; telephone conference with Ms. Taylor regarding response; review correspondence with parent. | 1.60 | 376.00 |
| 04/13/2021 | Telephone conference with and correspondence with District parent regarding communication with Department of Social Services; review parent correspondence regarding same. | 1.00 | 225.00 |
| | Review multiple correspondence and records regarding 504 matter; multiple telephone conferences with Ms. Kayla Taylor regarding 504 matter; participate in meeting with District staff regarding 504 matter. | 2.60 | 611.00 |
| 04/14/2021 | Review multiple correspondence and video from Dr. Lauren Goddard regarding 504 matter; correspondence with Ms. Kayla Taylor regarding 504 matter; review correspondence from Ms. Taylor to parent. | 0.40 | 94.00 |
| 04/15/2021 | Multiple correspondence with Ms. Kayla Taylor regarding correspondence from parent; review records and develop lengthy, detailed summary and timeline regarding 504 matter; meet with Dr. Lauren Goddard, Ms. Kayla Taylor and Ms. Terri Zimmerschied regarding 504 matter. | 4.70 | 1,104.50 |
| 04/16/2021 | Correspondence with district parent regarding 504 meeting. | 0.20 | 45.00 |
| | Ongoing communications with Ms. Kayla Taylor, Dr. Lauren Goddard and Dr. Becky Gallagher; draft two responses for Ms. Taylor; review and revise same; review correspondence from parent. | 1.60 | 376.00 |
| 04/17/2021 | Review and analyze voluminous records regarding 504 matter; continue developing comprehensive summary and timeline. | 4.70 | 1,104.50 |

Pleasant Hill R-III School Distr
Re: General

Statement Date: April 30, 2021
Statement No. 485626
Account No. 104.00
Page: 3

| Date | Description | Hours | Amount |
|---|---|---|---|
| 04/18/2021 | Review and analyze voluminous records regarding 504 matter; continue developing comprehensive summary and timeline; correspondence with Ms. Kayla Taylor, Dr. Lauren Goddard and Dr. Becky Gallagher regarding same; review draft agenda from Dr. Goddard. | 6.80 | 1,598.00 |
| 04/19/2021 | Review and revise draft agenda; develop additional sections of agenda for meeting; lengthy telephone conference with Ms. Kayla Taylor and Dr. Lauren Goddard; draft medical/educational history for meeting; compile summary of highlights from medical records; ongoing communications with Ms. Taylor during meeting; correspondence with Dr. Becky Gallagher; telephone conference with Ms. Taylor following up on 504 meeting; review correspondence from parent. | 6.50 | 1,527.50 |
| 04/20/2021 | Telephone conference with Ms. Kayla Taylor regarding 504 matter; multiple correspondence with district personnel regarding same; telephone conference with Dr. Lauren Goddard regarding special education matter. | 0.50 | 117.50 |
| 04/21/2021 | Telephone conference with Ms. Kayla Taylor regarding ongoing 504 matter; multiple correspondence with Ms. Taylor regarding communications with parent and ongoing 504 matter; finalize record in manner to be produced; telephone conference with Ms. Taylor regarding 504 matter. | 1.20 | 282.00 |
| 04/22/2021 | Correspondence with Ms. Kayla Taylor regarding 504 matter; review 504 plan; correspondence with Ms. Taylor regarding same; review correspondence and record from Ms. Taylor regarding parent request; review pertinent board policy and administrative procedure; telephone conference with Ms. Taylor regarding parent request and 504 plan; telephone conference with Dr. Lauren Goddard and others regarding 504 matter; review correspondence and records from Ms. Taylor regarding 504 matter; telephone conference with Dr. Becky Gallagher regarding same; correspondence with Dr. Gallagher regarding policy and 504 manual content; review video of student. | 2.20 | 517.00 |
| 04/23/2021 | Correspondence with Ms. Kayla Taylor regarding 504 matter. | 0.20 | 47.00 |
| 04/26/2021 | Review multiple correspondence between parent and school regarding special education matter. | 0.30 | 70.50 |
| 04/27/2021 | Telephone conference with Ms. Kayla Taylor regarding ongoing communications with parent; review correspondence from Ms. Taylor regarding same; multiple correspondence with District administrators regarding parent matter; telephone conference with Dr. Lauren Goddard and Dr. Steve Meyers regarding parent matter; review additional correspondence from Dr. Meyers regarding same; telephone conference with Ms. Taylor regarding inquiry from Children's Division. | 1.30 | 305.50 |
| | Review letter from Office for Civil Rights dismissing complaint; telephone conference with and correspondence with Dr. Steve Meyers regarding same. | 0.30 | 67.50 |
| 04/28/2021 | Review draft 504 plan from Ms. Terri Zimmerschied; telephone conferences with Ms. Kayla Taylor regarding 504 matter; review various records and communications to develop 504 plan; draft multi-tiered accommodation plan; correspondence with Ms. Taylor and others regarding same; review multiple correspondence from District staff regarding ongoing communications with parent; telephone conference with Ms. Taylor. | 4.10 | 963.50 |

Pleasant Hill R-III School Distr
Re: General

Statement Date: April 30, 2021
Statement No. 485626
Account No. 104.00
Page: 4

| Date | Description | Hours | Amount |
|---|---|---|---|
| 04/29/2021 | Prepare attendance chart for student to be used by the district. | 0.50 | 62.50 |
| | Review correspondence and additional records from parent; meet with District team regarding 504 matter; telephone conference with Ms. Kayla Taylor regarding communications with third party professional; draft correspondence to parent for Ms. Taylor; review correspondence and records from Dr. Gallagher regarding attendance; telephone conference with Ms. Taylor; telephone conference with Dr. Gallagher regarding attendance records; telephone conference with Ms. Taylor regarding communications with third party professional; revise correspondence to parents in light of same; correspondence from Dr. Gallagher regarding attendance; review correspondence from Ms. Taylor; telephone conference with Ms. Taylor regarding same; review and revise 504 Plan from Ms. Zimmerschied; telephone conferences with Ms. Taylor and Ms. Zimmerschied regarding same. | 5.10 | 1,198.50 |
| 04/30/2021 | Review multiple correspondence from parent regarding 504 matter; review notes from conversation with third party provider; | 0.50 | 117.50 |
| | For Current Services Rendered | 62.10 | 14,507.50 |
| | Previous Balance | | $5,378.00 |
| | Total Current Work | | 14,507.50 |

### Payments

| | | | |
|---|---|---|---|
| 04/27/2021 | Payment Received. Thank you. | | -5,378.00 |
| | Balance Due | | $14,507.50 |