# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI

Michele Koch and
Kendal Koch,

    Plaintiffs,

v.      Case No. 4:22-CV-00229-HFS

Kayla Taylor, et. al.,

    Defendants.

## ORDER



Rules of Professional Conduct by having knowledge of misconduct and remaining silent." (Doc. 99). Plaintiffs complain about misstatements in facts and testimony and that persons in the Court